IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT DANE IMEL-PATTERSON,<br><br>Defendant. | CR 20-30-BU-DLC<br><br>ORDER |

The United States has moved to revoke the Defendant's pretrial release. (Doc. 25). Based on the affidavit testimony of the U.S. Pretrial Services Officer given under penalty of perjury, the Court finds there is probable cause to believe the Defendant has violated conditions of supervision. Accordingly,

IT IS HEREBY ORDERED that Defendant's appearance on the petition to revoke is scheduled for January 21, 2021 at 2:00 p.m., in Missoula, to be held in conjunction with Defendant's change of plea hearing.

DATED this 8th day of January, 2021

Kathleen L. DeSoto
United States Magistrate Judge

1